**RYAN W. STITT**
California State Bar No.273651
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5030
Telephone: (619)234-8467
Email: ryan_stitt@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 16MJ1151 |
|---|---|
| v. | |
| SERGIO RAMON BARRIENTOS, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Ryan W. Stitt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted:

Dated: April 25, 2016        */s/ Ryan W. Stitt*
                              Federal Defenders of San Diego, Inc
                              Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Assistant U.S. Attorney via CM/ECF

Dated:  April 25, 2016            */s/ Ryan W. Stitt*
                                  Federal Defenders of San Diego, Inc.
                                  225 Broadway, Suite 900
                                  San Diego, CA 92101-5030
                                  (619) 234-8467 (tel)
                                  (619) 687-2666 (fax)
                                  ryan_stitt@fd.org