IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA   )
                           )
            VS.            )   Case No. 16 MJ 1151
                           )
                           )
Sergio Ramon Barrientos    )

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or its agents to question me, or to contact me, seeking my waiver of any rights, unless my counsel is present.

Dated: _____

X _____          _____
  Defendant                           Witnessed By:

## EXIJO Y HAGO VALER MIS DERECHOS BAJO LAS ENMIENDAS QUINTA Y SEXTA DE LA CONSTITUCIÓN DE LOS ESTADOS UNIDOS

Al firmar este documento, yo, el acusado aquí nombrado, amparado bajo los derechos de las enmiendas Quinta y Sexta en la Constitución de los Estados Unidos, hago valer mis derechos y quiero mantenerme callado y que un abogado defensor esté presente en cualquier y cada uno de mis encuentros o comunicaciones con las autoridades, tales como fiscales, agentes del orden público, la policía o cualquier otro que actúa en nombre de dichas autoridades. No quiero renunciar, ni voy a renunciar a ninguno de mis derechos constitucionales si no está presente un abogado defensor. No quiero que las autoridades ni sus representantes me hagan preguntas o se comuniquen conmigo, ni que me pidan renunciar a mis derechos constitucionales. Si quieren hacerme preguntas o comunicarse conmigo, quiero que mi abogado defensor siempre esté presente.

Fecha: _____

_____          _____
Firma del acusado                   Testigo